UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 20-108 |
| v. | * | SECTION: "B" |
| ANTHONY ROBINSON | * | MAGISTRATE: 4 |

\* \* \*

## RELEASE OF LIS PENDENS

The United States hereby releases and discharges the lis pendens it recorded with the St. Tammany Parish Clerk of Court on March 1, 2021 (Registry No.: 2753036, Instrument No.: 2255380, which gave notice of a lien against:

> A CERTAIN PIECE OR PROTION OF GROUND, together with all the buildings and improvements thereon and all the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the Parish of St. Tammany, State of Louisiana, in Section 3, Township 9 South, Range 14 East, City of Slidell, being more fully described as follows, to-wit:
>
> Commence at the corner common to Sections 3, 4, 10 and 9, go South 89 degrees 52 minutes East 844.8 feet to a point which is on the East side of Pine Street, thence go North distance of 99.2 feet (100 feet by deed) to a point; thence proceed East a distance of 146.0 feet; thence proceed South a distance of 100.0 feet to a point; thence proceed West a distance of 146.0 feet to the Point of Beginning. All in accordance with plat of survey by Ivan M. Borgen, C.E. dated January 29, 1976, annexed to an act registered in COB 777, folio 94. Further in accordance with a survey by McEwen Surveying, LLC dated October 12, 2009, annexed to an Act registered in instrument Number 1747470.
>
> Improvements thereon bear the Municipal No. 1218 Pine St., Slidell, LA 70460.

The above-described property is presently recorded in the name of ANTHONY and AUDREY ROBINSON.

Respectfully submitted,

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY

_____
ALEXANDRA GIAVOTELLA (La. 38005)
Assistant United States Attorney
U.S. Attorney's Office
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Telephone: (504) 680-3065
Email: alexandra.giavotella@usdoj.gov

Sworn to and subscribed before me this
19th day of March, 2025,
New Orleans, Louisiana.

*Churita Hansell*
CHURITA HANSELL
La. Bar No. 25694
My Commission expires on my death

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served in accordance with the Court's ECF Rules this 19th day of March, 2025.

ALEXANDRA GIAVOTELLA
Assistant United States Attorney

# REQUEST TO CANCEL

In accordance with the provisions of La. C. C. Article 3366, the Recorder of Mortgages for St. Tammany Parish Louisiana is hereby requested and directed to cancel the recordation of the following described mortgage or privilege:

☐ **Mortgage** granted by _____
   In favor of _____
   In the sum of _____, dated _____
   Recorded in MOB _____, folio _____, Instrument Number _____.
☐ **Judgment** in favor of _____
   Against _____
   In the sum of _____, dated _____
   Recorded in MOB _____, folio _____, Instrument Number _____.
☑ **Other** Notice of Lis Pendens filed on behalf of the United States of America
   , _____, dated March 1, 2021
   Recorded in MOB Registry No.: 2753036, folio _____, Instrument Number Instrument No.: 2255380.

**This Request to Cancel is based on the following:**
**Please check the appropriate box and attach documentation.**
☐ Affidavit to Cancel by Title Insurance Officer (LA. R.S. 9:5167.1);
☐ **Notary Affidavit** Proving Payment of Lost Paraphed Note (LA. R.S. 9:5167 A.(1);
☐ Affidavit of Obligee of Record of Lost Paraphed Obligation (LA. R.S. 9:5168);
☐ **Release** of Unparaphed Obligation (LA. R.S. 9:5169 **formerly LA. R.S. 44:106** );
☐ **Note**-Original Promissory Note Attached- "Paid" or "Cancelled" (LA R.S. 9:5170A(1) **formerly LA. R.S. 44:107A(1)**;
☐ Release by Notarial Act with Paraph (LA. R.S. 9:5170 A(2) **formerly LA. R.S. 44:107 A(2)**;
☐ Certificate by Sheriff, Marshall in judicial sale or Court Order (LA. R.S. 9:5171 **formerly LA. R.S. 44:108)**;
☐ Release by Licensed Financial Institution (LA R.S. 9:5172 **formerly LA. R..S. 44:109** );
☐ Order of Discharge in Bankruptcy (LA. R.S. 9:5175C **formerly LA. R.S. 44:111C**);
☐ Affidavit of Title Insurer Directing Partial Cancellation on Mortgage Certificate (LA. R.S. 13:4344.1);
☐ Effect of mortgage or privilege has ceased for lack of reinscription (CC Art. 3367) *Mortgage Certificate required to be attached;
☐ No suit or motion for to revive previously reinscribed judicial mortgage (CCArt. 3368) *Clerk's Civil Certificate required to be attached;
☑ Other: Release of Lis Pendens LA. R.S. 48:256.6

The undersigned acknowledges that he is liable to and shall indemnify the Recorder of Mortgages and any person relying on this request for cancellation for any damages they may suffer as a consequence of such reliance in accordance with the provisions of Louisiana law.

☐ Attached is my check/cash in the amount of $_____ in payment of fees to effect the above requested cancellation.
☑ Please charge my Account Number 8198886274.

DATE: 03/19/2025    SIGNATURE: ALEXANDRA GIAVOTELLA Digitally signed by ALEXANDRA GIAVOTELLA Date: 2025.03.19 12:32:07 -05'00'
   PRINTED NAME: Alexandra Giavotella
   COMPANY NAME: USAO-Eastern District of Louisiana
   TITLE: Assistant United States Attorney
   ADDRESS: 650 Poydras Street, STE 1600

   TELEPHONE NO: 504 -680-3065

STP 7/06;Rev. 10/08; Rev.1/2011